■ MAX FELLER et al., Respondents, v BAND FOOD CENTER, INC., et al., Appellants. — Judgment of the Supreme Court, Kings County, entered September 28, 1979, affirmed, with costs (see *Monclova v Arnett,* 3 NY2d 33, 36). Gibbons, J. P., Rabin, Gulotta and Margett, JJ., concur.